UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELAINE HALL and MANUEL LOPEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC<br><br>    Defendant. | Case No. 19-cv-10186<br>Hon. Matthew F. Leitman |

## ORDER OF DISMISSAL OF ALL CLAIMS OF NAMED PLAINTIFF MANUEL LOPEZ ONLY

On March 6, 2019, the parties submitted a stipulation to dismiss the claims of Plaintiff Manuel Lopez ("Plaintiff Lopez") (Dkt. No. 11) only in this matter. The Court therefore will dismiss all of Plaintiff Lopez's claims against the Defendant. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, pursuant to the stipulation of the Parties, it is **ORDERED** that all of the claims against Defendant by Plaintiff Lopez only are **DISMISSED WITH PREJUDICE** with each party to bear their own costs, interest and/or attorneys' fees with respect to the claim and dismissal of Plaintiff Lopez.

                                                  /s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 6, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 6, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764