# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELAINE HALL, | |
| Plaintiff, | Case No.: 4:19-cv-10186 |
| v. | Honorable Matthew F. Leitman |
| GENERAL MOTORS, LLC, | Magistrate Judge Stephanie D. Davis |
| Defendant. | |

## ORDER FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT

Having reviewed "Plaintiffs' Unopposed Request for Extension of Time to File First Amended Complaint," it is hereby granted that Plaintiffs are permitted to file a First Amended Complaint by no later than May 16, 2019 and, furthermore, Defendant General Motors LLC is permitted to answer or otherwise respond by June 14, 2019.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 10, 2019