UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINE HALL,

      Plaintiff,

v.

GENERAL MOTORS, LLC,

      Defendant.

_____/

Case No. 19-cv-10186
Hon. Matthew F. Leitman

## ORDER TERMINATING DEFENDANT'S
## MOTION TO DISMISS (ECF #13) WITHOUT PREJUDICE

On January 18, 2019, Plaintiffs filed this action against Defendant General Motors, LLC. (*See* Compl., ECF #1; Am. Compl., ECF #19.) General Motors moved to dismiss the First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) on March 28, 2019. (*See* Mot., ECF #13.)

The Court entered an order on March 18, 2019, in which it provided Plaintiffs an opportunity to file an Amended Complaint to address the purported defects in the Complaint. (*See* Order, ECF #15.) The Court informed the parties that if Plaintiffs filed such an Amended Complaint, it would terminate General Motors' pending motion to dismiss as moot. (*See id.*)

Plaintiffs have now filed an Amended Complaint. (*See* Am. Compl., ECF #19.) Accordingly, the Court **TERMINATES AS MOOT AND WITHOUT PREJUDICE** General Motors' motion to dismiss (ECF #13). General Motors shall

1

answer or otherwise respond to the Second Amended Complaint by no later than

**June 14, 2019**. (*See* Stipulated Order, ECF #18.)

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 29, 2019


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 29, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764