UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ELAINE HALL, et al.,

       Plaintiffs,                      Case No. 19-cv-10186
                                                    Hon. Matthew F. Leitman

v.

GENERAL MOTORS, LLC,

       Defendant.

_____/

## ORDER OF WITHDRAWAL OF BRITTANY J. MOUZOURAKIS AS COUNSEL OF RECORD FOR DEFENDANT GENERAL MOTORS LLC

      **IT IS HEREBY ORDERED** that Brittany J. Mouzourakis is withdrawn from representing Defendant General Motors LLC in the above-captioned matter.

This withdrawal does not affect any other appearance entered by the Court.

                                           /s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2019, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                           Case Manager
                                           (810) 341-9764