UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINE HALL, *et al.*,

    Plaintiffs,

v.

GENERAL MOTORS, LLC,

    Defendant.

Case No. 19-cv-10186
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

For the reasons stated in the Opinion and Order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

                                          DAVID J. WEAVER
                                          CLERK OF COURT

                          By:    s/Holly A. Monda
                                   Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 18, 2020
Flint, Michigan