# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 28, 2020

Ms. Sharon Sue Almonrode
Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307

William Ll Kalas
Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307

Dennis A. Lienhardt Jr.
Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307

Mr. E. Powell Miller
Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307

Ms. Terri S. Reiskin
Dykema Gossett
1301 K Street, N.W.
Suite 1100w
Washington, DC 20005

Ms. Jill Margaret Wheaton
Dykema Gossett
2723 S. State Street
Suite 400
Ann Arbor, MI 48104

Re: Case No. 20-1321, *Elaine Hall, et al v. General Motors, LLC*
Originating Case No. : 4:19-cv-10186

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 20-1321

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

ELAINE HALL; HERKLEE CAREY; JAMES FAGRE; REBECCA BITTNER; BRANDON CLARK; DURANDA JONES

    Plaintiffs - Appellants

v.

GENERAL MOTORS, LLC

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: September 28, 2020